# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-3425-GW(FFMx) | Date | May 10, 2018 |
| Title | *Duane Farrant v. Angelique Friend, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Harold W. Dickens, III | Sara J. McLemen | |

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Hearing is held off the record.

Court and counsel confer re Defendant's Ex Parte Application for Order to Expunge Lis Pendens [15], filed May 8, 2018. Court takes the matter under submission. Order to be issued by 10:00 a.m. on May 11, 2018.

: 14

Initials of Preparer  JG